THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for WM Properties, Ltd.,
Debtor and debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>WM PROPERTIES, LTD.,<br><br>　　　　Debtor. | Case No. 2:10-bk-55970-VZ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR (1) APPROVAL OF BIDDING PROCEDURES AND FORM OF NOTICE IN CONNECTION WITH SALE OF REAL PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363; (2) APPROVAL OF SALE OF SUCH REAL PROPERTIES PURSUANT TO 11 U.S.C. § 363; AND (3) AUTHORITY TO ENTER INTO COMPROMISE OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Date:　　　March 3, 2011<br>Time:　　　11:00 a.m.<br>Courtroom:　1368<br>　　　　　　　255 E. Temple St.<br>　　　　　　　Los Angeles, CA 90012 |

4

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, ALL SECURED CREDITORS IN THIS CASE, THE TOP TWENTY UNSECURED CREDITORS IN THIS CASE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES REQUESTING SPECIAL NOTICE**

**PLEASE TAKE NOTICE** that on February 25, 2011, the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court"), entered an order (the "Order") granting an application for order shortened time filed by debtor and debtor-in-possession WM Properties, Ltd. (the "<u>Debtor</u>" or "WM Properties") on February 23, 2011, in connection with its contemporaneously filed motion for: (i) approval of sale procedures in connection with a proposed auction; (ii) approval of a proposed asset purchase agreement; and (iii) authority to enter into a compromise of controversy (the "Sale Motion"). A true and correct copy of the Order is attached hereto as Exhibit A.

Pursuant to the Order, a hearing shall be held on the Sale Motion on Thursday, March 3, 2011, at 11:00 a.m., in Courtroom 1368 of the Bankruptcy Court (the "Hearing"), <u>**solely**</u> with respect to the portions of the Sale Motion that request entry of an order establishing bidding procedures and forms of notice (the "Procedures Issues").

**If you wish to be heard on the Procedures Issues, you must file a response to the Motion so that it is filed and received both: (i) with a Judge's copy received by the Judge's chambers, and (ii) a service copy received by counsel to the Debtor at the address on the caption above, no later than 12:00 noon, on Tuesday, March 1, 2011.**

Any reply by the Debtor will be heard orally at the Hearing.

DATED: February 25, 2011

/s/ David J. Richardson
DAVID J. RICHARDSON
LAURA L. BUCHANAN
THE CREDITORS' LAW GROUP, APC
Attorneys for WM Properties, Ltd., Debtor and Debtor-In-Possession

| In re: | | CHAPTER: 11 |
|---|---|---|
| WM PROPERTIES, LTD. | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-55970-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
  The Creditors' Law Group, APC
  2301 Hyperion Avenue, Ste. A
  Los Angeles, CA 90027-4711

A true and correct copy of the foregoing document described as NOTICE OF HEARING ON MOTION FOR (1) APPROVAL OF BIDDING PROCEDURES AND FORM OF NOTICE IN CONNECTION WITH SALE OF REAL PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363; (2) APPROVAL OF SALE OF SUCH REAL PROPERTIES PURSUANT TO 11 U.S.C. § 363; AND (3) AUTHORITY TO ENTER INTO COMPROMISE OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On February 25, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo (Fedex)
United States Bankruptcy Court
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

United States Debtor (LA) (Fedex)
725 S. Figueora St., 26th Floor
Los Angeles, CA 90017-5524

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 25, 2011 | David J. Richardson | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

| In re: | | |
|---|---|---|
| WM PROPERTIES, LTD. | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 2:10-bk-55970-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Laura L Buchanan — llb@thecreditorslawgroup.com
- Michael S Greger — mgreger@allenmatkins.com
- Jay W Hurst — jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Justin E Rawlins — jrawlins@winston.com, docketla@winston.com
- David J Richardson — djr@thecreditorslawgroup.com
- David B Shemano — dshemano@pwkllp.com
- United States Debtor (LA) — ustpregion16.la.ecf@usdoj.gov
- Joshua D Wayser — joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan — court@yaspanlaw.com, tmenachian@yaspanlaw.com

**II. SERVED BY OVERNIGHT MAIL**

Secured Creditors:

OneWest Bank, FSB
c/o Michael Greger
Allen Matkins
1900 Main Street, 5th Floor
Irvine, CA 92614-7321

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025-2635

RFF Family Partnership
226 Twenty-Third St.
Santa Monica, CA 90402

Top 20 Unsecured Creditors:

See attached list.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

Amero Management Co.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

Bell TAD
c/o John Lane & Associates
8526 N. New Braunfels
San Antonio, Texas 78217

Leonard M. Ross Revocable Trust
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

Leonard M. Ross
1009 N. Beverly Dr.
Beverly Hills, CA  90210-2328

Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

Bernice James
Santa Barbara County Tax Collector
County Administration Bldg.,
105 E. Anapamu St.
Santa Barbara, CA  93102-0579

Jay W. Hurst (By Express USPS Overnight)
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Pacific Mercantile Bank
c/o Justin Rawlins
Winston & Strawn, LLP
333 S. Grande Avenue, Ste 3800
Los Angeles, CA  90071