FILED & ENTERED

APR 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

1  THE CREDITORS' LAW GROUP, APC
   David J. Richardson (State Bar No. 168592)
2  djr@thecreditorslawgroup.com
   Laura L. Buchanan (State Bar No. 156261)
3  llb@thecreditorslawgroup.com
   2301 Hyperion Avenue, Ste. A
4  Los Angeles, CA 90027
   Telephone:    (323) 686-5400
5  Facsimile:    (323) 686-5403

6  Attorneys for WM Properties, Ltd.,
   Debtor and Debtor-in-Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **LOS ANGELES DIVISION**

11

12  In re:                              )    **Case No. 2:10-bk-55970-VZ**
                                        )
13  WM PROPERTIES, LTD.,                )    Chapter 11
                                        )
14           Debtor,                    )    **ORDER DENYING WITHOUT**
                                        )    **PREJUDICE MOTION OF THE DEBTOR**
15                                      )    **FOR ORDER DISALLOWING PROOF OF**
                                        )    **CLAIM NO. 2 FILED BY ONEWEST**
16                                      )    **BANK, FSB AND SCHEDULED CLAIM**
                                        )    **OF RFF FAMILY PARTNERSHIP TO THE**
17                                      )    **EXTENT THEY SEEK MORE THAN A**
                                        )    **SINGLE RECOVERY**
18                                      )
                                        )
19                                      )    Date:        March 29, 2011
                                        )    Time:        1:30 p.m.
20                                      )    Courtroom:   Courtroom 1368
                                        )                 Royal Federal Building
21                                      )                 255 E. Temple St.
                                        )                 Los Angeles, California 90012
22  _____      )

23

24

25        On March 29, 2011, at 1:30 p.m., the Motion of The Debtor For Order Disallowing Proof of

26  Claim No. 2 Filed By OneWest Bank, FSB and Scheduled Claim of RFF Family Partnership to the

27  Extent They Seek More Than a Single Recovery (the "Claim Objection") filed by debtor and debtor-

28  in-possession WM Properties, Ltd. ("WM Properties") came on for hearing.  The Claim Objection

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

seeks entry of an order on a protective basis confirming that creditors who have filed duplicative

claims in the chapter 11 cases of WM Properties and Leonard M. Ross ("Ross") are not entitled to

recover more than the full amount of their claim, in U.S. dollars, whether recovered from either or

both of WM Properties and/or Ross.

This Court having considered all pleadings of record, including the Response to Debtor's

Motion for Order Disallowing Proof of Claim No. 2 of OneWest Bank, FSB to the Extent It Seeks

More Than a Single Recovery, all arguments of counsel having been considered,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Claim Objection with respect to Proof of Claim No. 2 filed by OneWest Bank,

FSB is denied, and Proof of Claim No. 2 is deemed allowed as filed in accordance with Section

502(a) of the Bankruptcy Code, without prejudice to WM Properties' right to refile an objection on

the same grounds asserted in the Claim Objection if, at any time, such grounds become ripe for

adjudication; and

2.      The Claim Objection is denied with respect to the scheduled claims of RFF Family

Partnership without prejudice to Rossco's right to amend its schedules as appropriate.


                                        ###




DATED: April 7, 2011
                                        _____
                                        United States Bankruptcy Judge

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA  90027
Tel. (323) 686-5400    Fax (323) 686-5403

| In re:<br>WM PROPERTIES, LTD.<br><br>                                          Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER:  2:10-bk-55970-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

       2301 Hyperion Avenue, Ste. A, Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as **ORDER DENYING WITHOUT PREJUDICE MOTION OF THE DEBTOR FOR ORDER DIS ALLOWING PROOF OF CLAIM NO. 2 FILED BY ONEWEST BANK, FSB AND SCHEDULED CLAIM OF RFF FAMILY PARTNERSHIP TO THE EXTENT THEY SEEK MORE THAN A SINGLE RECOVERY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   April 7, 2011  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo (Fedex)  
United States Bankruptcy Court  
255 E. Temple Street, Suite 1360  
Los Angeles, CA  90012  

UST Trustee's Office (Fedex)  
725 S. Figueroa St., Ste. 2600  
Los Angeles, CA  90017  

OneWest Bank, FSB (U.S. Mail)  
c/o Michael S. Greger, Esq.  
Allen Matkins Leck Gamble Mallory  
& Natsis LLP  
1900 Main Street, Fifth Floor  
Irvine, CA  92614-7321  

RFF Family Partnership (U.S. Mail)  
226 Twenty-Third St.  
Santa Monica, CA  90402  

☐  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                  **F 9021-1.1**

| In re:<br>WM PROPERTIES, LTD.<br><br>                                    Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER:  2:10-bk-55970-VZ |
|---|---|

## NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  Category I. below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING WITHOUT PREJUDICE MOTION OF THE DEBTOR FOR ORDER DISALLOWING PROOF OF CLAIM NO. 2 FILED BY ONEWEST BANK, FSB AND SCHEDULED CLAIM OF RFF FAMILY PARTNERSHIP TO THE EXTENT THEY SEEK MORE THAN A SINGLE RECOVERY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

## I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  April 7, 2011      , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Laura Buchanan – llb@thecreditorslawgroup.com
Michael S Greger - mgreger@allenmatkins.com
Stacy W. Harrison – Stacy.Harrison@bingham.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
James P. Mention - jmenton@pwkllp.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

☒  Service information continued on attached page

## II.  SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

☐  Service information continued on attached page

## III.  TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| In re:<br>WM PROPERTIES, LTD. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-55970-VZ |

RFF Family Partnership
226 Twenty-Third St.
Santa Monica, CA  90402

OneWest Bank, FSB
c/o Michael S. Greger, Esq.
Allen Matkins Leck Gamble Mallory &
Natsis LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9021-1.1**